UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SKYLINE TRUCKING, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> TRUCK CENTER COMPANIES, TRANSWEST TRUCK TRAILVER RV, AND DAIMLER TRUCK NORTH AMERICA LLC, <br><br> Defendants. | Case No. 22-cv-4052-DDC-TJJ |

## ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

This matter is before the Court on the Motion to Withdraw as Counsel of Record (ECF No. 61) filed by attorney Mitchell W. Rice ("Withdrawing Counsel"). The motion requests Withdrawing Counsel be allowed to withdraw as counsel of record for Plaintiff Skyline Trucking, Inc. in this action. Because this withdrawal would leave Plaintiff without counsel, D. Kan. Rule 83.5.5(a) applies. Upon review, the Court hereby finds and orders as follows:

1. For the reasons stated in the motion to withdraw, good cause exists for counsel to withdraw, and said withdrawal is permissible under the applicable rules of professional conduct.

2. Withdrawing Counsel states in the motion that Plaintiff's General Counsel and Shari D'Andrade of Skyline Trucking Inc. have previously been served with the Scheduling Order containing the dates of hearings, conferences and deadlines set by the Court and have been admonished that upon the withdrawal of current counsel, Mr. Rice, that Plaintiff Skyline Trucking Inc. will be responsible for complying with all orders of the Court and time limitations established by the rules of procedure or by Court Order. The certificate of service indicates the motion was served via certified mail to Plaintiff and via email to Plaintiff's General Counsel.

3. The deadline for filing a response to the Motion to Withdraw has passed and no response has been filed.

4. From the date of service of this Order upon the parties to this action, no further notices, papers or pleadings are to be served upon Withdrawing Counsel. All further notices, papers or pleadings to Plaintiff shall be served upon them at the following address:

> Shari N. D'Andrade
> Skyline Trucking, Inc.
> 790 Lost Creek Cir.
> Stone Mountain, GA, 30088

5. Withdrawing Counsel, Mitchell W. Rice, is hereby authorized to withdraw as counsel of record for Plaintiff Skyline Trucking, Inc. in this case.

6. Finally, the Court advises Plaintiff Skyline Trucking, Inc. that business entities, such as corporations, partnerships, associations, and limited liability companies, cannot appear in federal court pro se and must be represented by an attorney licensed to appear before this court.[1] If Plaintiff fails to secure counsel to appear and represent it in this litigation, this action may be dismissed for failure to prosecute or other orders entered against Plaintiff.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw (ECF No. 61) is granted. Pursuant to D. Kan. Rule 83.5.5(a), attorney Mitchell W. Rice is hereby withdrawn as counsel of record for Plaintiff Skyline Trucking, Inc. in this case.

**IT IS FURTHER ORDERED** that a copy of this Order is to be mailed to Plaintiff at the address listed above.

**IT IS SO ORDERED.**

---

[1] *See Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001) ("As a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se.").

Dated December 7, 2023, at Kansas City, Kansas.

*Teresa J. James*
Teresa J. James
U. S. Magistrate Judge